1  John T. Masterson, Bar #007447
   Joseph J. Popolizio, Bar #017434
2  Justin M. Ackerman, Bar #030726
   JONES, SKELTON & HOCHULI, P.L.C.
3  2901 North Central Avenue, Suite 800
   Phoenix, Arizona  85012
4  (602) 263-1700
   jmasterson@jshfirm.com
5  jpopolizio@jshfirm.com
   jackerman@jshfirm.com
6
   Michele M. Iafrate, Bar #015115
7  IAFRATE & ASSOCIATES
   649 North Second Avenue
8  Phoenix, Arizona 85003
   Telephone:  602-234-9775
9  miafrate@iafratelaw.com

10 Attorneys for Defendants/Petitioners
   Joseph M. Arpaio in his official capacity as
11 Sheriff of Maricopa County, Arizona and
   Gerard A. Sheridan
12
   A. Melvin McDonald, Bar #002298
13 JONES, SKELTON & HOCHULI, P.L.C.
   2901 North Central Avenue, Suite 800
14 Phoenix, Arizona  85012
   Telephone:  (602) 263-1700
15 mmcdonald@jshfirm.com
   Petitioner Joseph M. Arpaio in his official
16 capacity as Sheriff of Maricopa County,
   Arizona

17

18              **UNITED STATES COURT OF APPEALS**

19                   **FOR THE NINTH CIRCUIT**

20 | In re JOSEPH M. ARPAIO, in his official | No. 15-72440 |
   | capacity as Sheriff of Maricopa County, | |
21 | Arizona, and GERARD A. SHERIDAN, | United States District Court |
   | | District of Arizona |
22 | | No. CV 07-02513-PHX-GMS |
   | Defendants/Petitioners, | |
23 | | |
   | and GERARD A. SHERIDAN, | **PETITIONERS' RESPONSE TO** |
24 | | **DENNIS L. MONTGOMERY'S** |
   | Specially appearing non-party/Petitioner, | **NOTICE OF FILING** |
25 | | |
   | vs. | |
26 | | |
   | UNITED STATES DISTRICT COURT for | |
27 | the District of Arizona, | |
28

4423804.1

1

2                                          Respondent Court,

3    and

4    MANUEL de JESUS ORTEGA
     MELENDRES, et al.,
5
              Plaintiffs/Real Parties in Interest.
6

7         Petitioners Joseph M. Arpaio and Gerard A. Sheridan ("Petitioners") respond

8    to Putative Intervenor Dennis L. Montgomery's Notice of Filing [Dkt. 4], and

9    object to consolidation of their Petition for Writ of Mandamus with Mr.

10   Montgomery's pending appeal in *Melendres v. Arpaio,* No. 15-16440 (9th Cir.).

11

12        DATED this 13th day of August, 2015.

13                                         JONES, SKELTON & HOCHULI, P.L.C.

14

15                                         By /s/ John T. Masterson
                                              John T. Masterson
16                                            Joseph J. Popolizio
                                              Justin M. Ackerman
17                                            2901 North Central Avenue, Suite 800
                                              Phoenix, Arizona  85012
18                                            Attorneys for Defendants/Petitioners
                                              Joseph M. Arpaio in his official capacity
19                                            as Sheriff of Maricopa County and
                                              Gerard A. Sheridan
20

21                                         IAFRATE & ASSOCIATES

22

23                                         By /s/ John T. Masterson  (*w/permission from*)
                                              Michele M. Iafrate
24                                            649 North Second Avenue
                                              Phoenix, Arizona 85003
25                                            Attorneys for Defendants/Petitioners
                                              Joseph M. Arpaio in his official capacity
26                                            as Sheriff of Maricopa County and
                                              Gerard A. Sheridan
27

28

     4423804.1                              2

1

2

JONES, SKELTON & HOCHULI, P.L.C.

3

By /s/ John T. Masterson  (*w/permission from*)

4
A. Melvin McDonald
2901 North Central Avenue, Suite 800

5
Phoenix, Arizona  85012
Specially appearing counsel for Joseph

6
M. Arpaio in his official capacity as
Sheriff of Maricopa County, Arizona

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4423804.1                                                                 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing PETITIONERS'
RESPONSE TO DENNIS L. MONTGOMERY'S NOTICE OF FILING with the
Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by
using the appellate CM/ECF system on the 13th day of August, 2015.

Participants in the case who are registered CM/ECF users will be served by
the appellate CM/ECF system.

/s/Karen Gawel

4423804.1                                          4