**No. 15-72440**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**In re JOSEPH M. ARPAIO, in his official capacity as Sheriff
of Maricopa County, Arizona**
*Defendant/Petitioner*

and **GERARD A. SHERIDAN**
*Specially appearing non-party/Petitioner*

v.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**
*Respondent Court*

and **MANUEL DE JESUS ORTEGA MELENDRES, et al.**
*Plaintiffs/Real Parties in Interest.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
2:07-CV-02513-GMS
The Honorable G. Murray Snow
United States District Judge**

**MOTION TO EXCEED PAGE LIMIT FOR PETITIONERS' REPLY IN
SUPPORT OF MOTION TO STAY DISTRICT COURT PROCEEDINGS**

John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
Attorneys for Defendants/Petitioners Joseph M. Arpaio in his official capacity as
Sheriff of Maricopa County and Gerard A. Sheridan

Michele M. Iafrate, Bar #015115
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003
Telephone: 602-234-9775
miafrate@iafratelaw.com
Attorneys for Defendants/Petitioners Joseph M. Arpaio in his official capacity
as Sheriff of Maricopa County and Gerard A. Sheridan

A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
mmcdonald@jshfirm.com
Specially appearing counsel for
Petitioner Joseph M. Arpaio in his official capacity
as Sheriff of Maricopa County, Arizona

Petitioners Joseph M. Arpaio and Gerard A. Sheridan respectfully move this Court for permission to exceed the page limit by three (3) pages for their Reply in Support of their Motion to Stay. Petitioners' Reply in Support of their Motion to Stay totals thirteen (13) pages (excluding the signature and mailing certificate pages).

This request to exceed the page limitation is made because of the complexity and importance of the issues being addressed in the Reply in Support of the Motion to Stay, and in particular, the requirements under *Nken v. Holder,* 556 U.S. 418, 434 (2009) and *Leiva-Perez v. Holder,* 640 F.3d 962, 966 (9th Cir. 2011) that the party moving for a stay must demonstrate a substantial case for relief on the merits. As such, Petitioners were required to argue many of the substantive points addressed in their 40 page Writ of Mandamus. Given the complexity of the issues presented in Petitioners' Writ of Mandamus, this necessitated an additional three (3) pages.

For these reasons, Petitioners respectfully request the Court to grant their request to exceed the page limitation for their Reply in Support of their Motion to Stay by three (3) pages, for a total of thirteen (13) pages, and to accept their oversized Reply in Support of their Motion to Stay filed this same date.

RESPECTFULLY SUBMITTED this 14th day of September, 2015.

                                      JONES, SKELTON & HOCHULI, P.L.C.

                                      By /s/ John T. Masterson
                                          John T. Masterson
                                          Joseph J. Popolizio
                                          Justin M. Ackerman
                                          2901 North Central Avenue, Suite 800
                                          Phoenix, Arizona 85012
                                          Attorneys for Defendants/Petitioners Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County and Gerard A. Sheridan

IAFRATE & ASSOCIATES

By /s/ John T. Masterson  (w/permission from)
    Michele M. Iafrate
    649 North Second Avenue
    Phoenix, Arizona 85003
    Attorneys for Defendants/Petitioners Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County and Gerard A. Sheridan

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ John T. Masterson  (w/permission from)
    A. Melvin McDonald
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Specially appearing counsel for Joseph M. Arpaio in his official capacity as Sheriff of Maricopa County, Arizona

4483405.1

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Motion To Exceed Page Limit For Petitioners' Reply In Support Of Motion To Stay District Court Proceedings** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on the 14th day of September, 2015.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/Karen Gawel