FILED

SEP 15 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: JOSEPH M. ARPAIO, in his individual and official capacity as Sheriff of Maricopa County, Arizona, and GERARD A. SHERIDAN. | No. 15-72440<br><br>D.C. No. 2:07-cv-02513-GMS<br>District of Arizona,<br>Phoenix |
| JOSEPH M. ARPAIO, in his individual and official capacity as Sheriff of Maricopa County, Arizona, and GERARD A. SHERIDAN,<br><br>　　　　Petitioners,<br><br>DENNIS L. MONTGOMERY,<br><br>　　　　Intervenor - Pending,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,<br><br>　　　　Respondent,<br><br>MANUEL DE JESUS ORTEGA MELENDRES, on behalf of himself and all others similarly situated; et al.,<br><br>　　　　Real Parties in Interest. | ORDER |

AT/MOATT

Before: REINHARDT, TASHIMA, and RAWLINSON, Circuit Judges.

Petitioners' motions to file an oversized petition for writ of mandamus and oversized reply in support of the motion for stay are granted. The petition and reply have been filed.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 654-55 (9th Cir. 1977) (citation omitted). The district court's July 10, 2015 order denying petitioners' motion for recusal is not clearly erroneous as a matter of law. *Id.* Accordingly, the petition is denied.

All pending motions are denied as moot.

**DENIED**.